## No. 10.

### PARKHILL *against* PARKHILL, EXECUTOR. *Rutland,* 1820.

WHERE a claim, on *book*, is allowed by commissioners on an insolvent estate, an objection by an *heir*, and an appeal prosecuted by the creditor; the heir is allowed, in the name of the executor, to file a declaration, in Supreme Court, on *note*, against the creditor prosecuting the appeal.

THIS was an appeal from commissioners on an insolvent estate, prosecuted by the creditor, Jesse Parkhill, on the objection of an heir and creditor, agreeably to the Act of 1817. Acts of 1817, p. 90.

Jesse Parkhill had a demand, on book, allowed by the commissioners, to which the heir and creditor objected, &c.

And now, the heir and creditor make the following motion :

1. For leave to file a declaration, on three notes, in favor of the estate, against the said Jesse.

2. For an order to compel Jesse Parkhill to appear and plead to said declaration.

3. For leave to plead the amount, due on said notes, in off-sett, to the claim of the said Jesse, on book.

The Court permitted the declaration to be filed.

NOTE. I have not minutes sufficient to ascertain whether any farther decision was made. Reporter.

See Audita Querela 4. Bond, Bail 2. Covenant. Ex. and Ad. 13. False Imprisonment 4. High Bailiff. Jurisdiction 1. New Trial 5. Pauper Cases 14.